UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

United States of America

                Plaintiff,                Case No.  01-cv-0935

    v.

Jody Holmes aka Jody A. Holmes

                Defendant

---

NOTICE OF RENEWAL OF JUDGMENT LIEN

The United States of America, by its private counsel Manfredi Law Group, PLLC, hereby files a Notice of Renewal Lien pursuant to 28 U.S.C. § 3201(c).

WHEREFORE, the United States District Court approves the renewal of the judgment lien against Jody Holmes aka Jody A. Holmes for an additional twenty years pursuant to 28 U.S.C. § 3201(c).

DATED: September 22, 2021
New York, New York

Respectfully submitted,

/s/ John Manfredi
John Manfredi
Attorney for the United States of America
Manfredi Law Group, PLLC
302 East 19th Street, Suite 2A
New York, New York 10003

Approved & Ordered on this __7th__ day of __December__, 2021 _____
HON.  THOMAS J. McAVOY
UNITED STATES DISTRICT JUDGE